# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 16, 2006

132087 &
(50)
(51)
(52)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

THERESA BAILEY, a/k/a THERESA LONG,
Individually and as Personal Representative
of the Estate of CHRISTAL BAILEY,
            Plaintiff-Appellant,

v

SC: 132087
COA: 267546
Wayne CC: 04-411504-NH

SETHAVARANGURA PORNPICHIT, M.D.,
a/k/a PORNPICHIT SETHAVARANGURA,
M.D.,
            Defendant-Appellee.
_____/

On order of the Court, the motions for immediate consideration, to waive the requirements of MCR 7.302(H) and 7.209(A), and for stay of trial court proceedings are GRANTED. The application for leave to appeal the August 8, 2006 judgment of the Court of Appeals remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 16, 2006

_____
Clerk